BERNE A. PYRKE, as Commissioner of Agriculture and Markets of the State of New York, Appellant, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant,

Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. McNamee, J., not sitting.